IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONNIE L. WILLIAMS,
    Petitioner,

vs.                                             Case No. 3:10cv238/LAC/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

       Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) and has paid the filing fee. However, Petitioner provided the court with only one copy of the petition for service. Petitioner is advised that he must submit a complete copy for each named Respondent and for the Attorney General of the State of Florida. Therefore, Petitioner must submit one additional complete copy of the petition.

       Accordingly, it is **ORDERED**:

       1.     Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall submit one complete copy of the petition with this case number written on the copy.

       2.     Failure to comply with this order may result in a recommendation of dismissal of this case.

       **DONE AND ORDERED** this 28th day of July 2010.

                                                 /s/ *Elizabeth M. Timothy*
                                                 **ELIZABETH M. TIMOTHY**
                                                 **UNITED STATES MAGISTRATE JUDGE**